ACCEPTED
03-15-00430-CV
8333404
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 6:00:37 PM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00430-CV

# In The

# Third Court of Appeals

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 6:00:37 PM
JEFFREY D. KYLE
Clerk

## AT AUSTIN, TEXAS

**Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,**

**APPELLANTS**

**VS.**

**The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,**

**APPELLEES**

Appeal From Cause No D-1-GN-13-004352
250th District Court Of Travis County, Texas
The Honorable Karin Crump, Presiding

## APPELLANT'S SECOND ABATEMENT STATUS REPORT

## AND REQUEST FOR EXTENSION

**TO THE HON0RABLE THIRD COURT OF APPEALS:**

NOW COME SANADCO INC, MAHMOUD AHMED ISBA, BROADWAY GROCERY, INC., SHARIZ, INC., RUBY & SONS STORE, INC., AND RUBINA NOORANI, Appellants in the above-referenced cause, and submit the following status report as ordered by the court in its letter of September 27, 2015, and reports the following:

1. On October 6, 2015, Appellants filed a Motion for Extension of Time to file its Motion for Rehearing to the Texas Supreme Court in No. 15-0535, which was granted by the Court on that same date. The Motion for Rehearing was filed on November 12, 2015. The Court denied the Motion for Rehearing without opinion on December 18, 2005.

2. The Plea to the Jurisdiction in this cause was granted in part and denied in part by the trial court on December 8, 2015, and no further hearing date was set at that time. (copy attached). Plaintiff is preparing a motion for clarification of the judgment which will probably be filed after the holidays.

3. Appellants would therefore respectfully request the court to extend the abatement of this appeal for an additional 90 days to allow for rendition of a final judgment and filing and resolution of post judgment motions, if necessary.

**ALL PREMISES CONSIDERED**, Appellants respectfully request this Court to extend the abatement of this appeal for an additional 90 days to April 1, 2016 to permit conclusion of trial on the merits in this cause.

Respectfully submitted,

By: /s/ Samuel T Jackson
*Law Office of Samuel T. Jackson*
Texas Bar No. 10495700

2315 Vernell Way
Round Rock, TX 78664-4617
Mob. (512) 924-5794
Tel. (512) 692-6260
Fax. (866) 722-9685
FOR APPELLANTS
Email:
jacksonlaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on December 21, 2015, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney General
State Bar No. 09812200
Office of the Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov
**Attorney for Appellees**